UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT D. HOLDEN,

          Plaintiff,

    v.

HSBC BANK USA, NATIONAL
ASSOCIATION AS TRUSTEE FOR
DEUTSCHE ALT-A SECURITIES, INC.,
MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2006-AR5, et
al.,

          Defendants.

No.  1:21-cv-00894-DAD-EPG

ORDER REFERRING MOTION TO
MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), the pending motion to withdraw as counsel filed by counsel for plaintiff (Doc. Nos. 8, 10) is hereby referred to United States Magistrate Judge Erica P. Grosjean for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C).  Accordingly, the hearing on the motion set for February 2, 2022 before the undersigned is hereby vacated and a new hearing date will be set by way of minute order by the assigned magistrate judge if found to be appropriate.

IT IS SO ORDERED.

    Dated:  __January 6, 2022__          _____

                                        UNITED STATES DISTRICT JUDGE

1