UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. HOLDEN,<br><br>Plaintiff,<br><br>v.<br><br>HSBC BANK USA, NATIONALASSOCIATION AS TRUSTEE FORDEUTSCHE ALT-A SECURITIES, INC.,MORTGAGE PASS-THROUGHCERTIFICATES SERIES 2006-AR5, et al.,<br><br>Defendants. | Case No.  1:21-cv-00894-DAD-EPG<br><br>ORDER CONTINUING HEARING ON COUNSEL GARY S. SAUNDERS' MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF<br><br>(ECF Nos. 8, 10.) |

      Gary S. Saunders has filed a motion to withdraw as counsel for Plaintiff Robert D. Holden ("Plaintiff"). (ECF Nos. 8, 10.) On January 7, 2022, District Judge Drozd referred the motion to the undersigned, and the hearing was continued from February 1, 2022, to February 4, 2022, at 10:00 AM. (ECF Nos. 11, 12.)

      It is not clear from the docket whether Plaintiff's counsel has provided Plaintiff with the updated hearing date and time. Thus, in an abundance of caution, the Court will continue the hearing on the motion to withdraw and will further direct Plaintiff's counsel to serve Plaintiff with a copy of this order. Plaintiff is advised that he may appear telephonically at the hearing using the dial-in number and passcode provided below.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on Gary S. Saunders' motion to withdraw as counsel of record for Plaintiff is CONTINUED to **February 25, 2022 at 10:00 AM in Courtroom 10 (EPG)** before Magistrate Judge Erica P. Grosjean. The parties may appear telephonically at the hearing using the following dial-in number and passcode: 1-888-251-2909; passcode 1024453; and
2. Plaintiff's counsel is directed to serve a copy of this order on Plaintiff and to file proof of service with the Court on or before February 4, 2022.

IT IS SO ORDERED.

Dated: **January 28, 2022**         /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

2