UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HOLDEN,<br><br>Plaintiff,<br><br>v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR5, et al.,<br><br>Defendants. | Case No. 1:21-cv-00894-DAD-EPG<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE IN WRITING WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br><u>TWENTY-ONE (21) DAY DEADLINE</u> |

On December 13, 2021, Gary S. Saunders and Dev D. Patel of Saunders Law Group filed a motion to withdraw as counsel of record for Plaintiff Robert Holden ("Plaintiff"). On December 22, 2021, Plaintiff's counsel filed an amended notice of motion and motion. (ECF No. 10.) Plaintiff was served with copies of the motion and the amended motion by email and mail. (*Id.* at 3, 5.) On January 28, 2022, the Court entered an order continuing the hearing on the motion to withdraw to February 25, 2022, and directing Plaintiff's counsel to serve a copy of the order on Plaintiff. (ECF Nos. 13-14.) On February 7, 2022, Plaintiff's counsel filed a notice of the Court's order and proof of service by mail and email on Plaintiff. (ECF No. 16.) Plaintiff did not file an opposition or otherwise respond to the motion.

1

On February 14, 2022, the Court held a mid-discovery status conference with the parties. (ECF No. 17.) Plaintiff did not appear, and the Court continued the conference to be held in conjunction with the hearing on the motion to withdraw. (*Id.*)

On February 25, 2022, the Court held a mid-discovery status conference and hearing on the motion to withdraw. (ECF No. 18.) Plaintiff's counsel Gary Saunders and Defendants' counsel Nicole Johnson appeared telephonically. (*Id.*) Plaintiff did not appear. At the hearing, Defendants' counsel indicated that Defendants have propounded written discovery and Plaintiff's responses are due on March 4, 2022. Following the hearing, the Court entered an order granting the Saunders Law Group's motion to withdraw as counsel of record for Plaintiff.

Despite having notice of and an opportunity to attend, Plaintiff did not appear at the hearing on Plaintiff's counsel's motion to withdraw. This case cannot proceed without Plaintiff's participation. Therefore, the Court will order Plaintiff to show cause why this case should not be dismissed for failure to prosecute. Plaintiff shall respond in writing and refer to Case No. 1:21-cv-000894-DAD-EPG. Plaintiff's response should state whether he intends to go forward with this case. If Plaintiff needs time to obtain new counsel, he should explain how much time he needs. If Plaintiff does not indicate that he plans to go forward with and participate in this case, the Court will issue a recommendation that the case be dismissed without prejudice.

In light of Defendants' outstanding written discovery, the Court will also direct Defendants to file a status report confirming whether or not Plaintiff has responded to the written discovery or otherwise contacted Defendants' counsel.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **twenty-one (21) days** of service of this order, Plaintiff shall show cause in writing why this case should not be dismissed for failure to prosecute;
2. Within **twenty-one days** of entry of this order, Defendants shall file a status report addressing whether Plaintiff has responded to Defendants' written discovery or otherwise contacted Defendants' counsel; and
3. The Clerk of Court is directed to serve a copy of this order on Plaintiff at his address of record:

Robert Holden
2890 Anton Ave
Clovis, CA 93611

**Plaintiff's failure to respond to this order will result in a recommendation that this case be dismissed**.


IT IS SO ORDERED.

Dated:  **February 28, 2022**          /s/ Eric P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

3