UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. HOLDEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR5, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-00894-ADA-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THIS ACTION BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH A COURT ORDER<br><br>(Doc. No. 22.) |

　　Plaintiff Robert D. Holden is proceeding *pro se* in this action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　On April 11, 2022, the assigned magistrate judge entered findings and recommendations recommending that this action be dismissed for failure to prosecute and failure to comply with a court order. (Doc. No. 22.) Those findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service. (*Id.* at 3-4.) Plaintiff did not file objections or any other response to the findings and recommendations, and the deadline to do so has expired.

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations entered on April 11, 2022 (Doc. No. 22) are adopted in full;
2. This action is dismissed without prejudice for failure to prosecute and failure comply with a court order; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   August 30, 2022

UNITED STATES DISTRICT JUDGE